BURNS BROS., Appellant and Respondent, *v.* THE CITY
OF NEW YORK, Respondent and Appellant.

*Real property — title — action to determine title to real property — when
neither party in position to eject the other.*

*Burns Bros.* v. *City of New York*, 178 App. Div. 615, affirmed.

(Argued October 19, 1921; decided November 22, 1921.)

CROSS-APPEALS from a judgment, entered June 26, 1917,
upon an order of the Appellate Division of the Supreme
Court in the first judicial department, reversing a judg-
ment in favor of defendant entered upon a verdict directed
by the court and directing a dismissal of the complaint,
the counterclaim and defendant's prayer for affirmative
relief.　The action was brought pursuant to the provisions
of sections 1638 *et seq.* of the Code of Civil Procedure to
compel the determination of a claim to certain real
property bounded northerly by the south side of One
Hundred and Seventh street; easterly by the Harlem
river; southerly by the northerly side of One Hundred
and Sixth street and westerly by what would be the
easterly line of Avenue A, if said avenue were physically
laid out, in the borough of Manhattan, city of New York.
The plaintiff claimed title in fee simple absolute by virtue

of an adverse possession, and demanded judgment that the defendant be barred from all claim to any estate, right, title, interest, lien, claim or demand, in, to or upon the premises. The defendant denied the plaintiff's title and pleaded its own title in fee simple absolute, and demanded judgment that the complaint be dismissed; that the defendant be declared seized of and entitled to the possession of the premises, and that the plaintiff be barred from any estate, right, title, interest, easement, lien, claim or demand in, to or upon the property hereinbefore described except easements of light, air and access. The Appellate Division held that each of the parties hereto had rights in the property, and so far as appeared in this action could continue to hold and enjoy the same, and that neither one was in position to eject the other therefrom.

*Allen S. Hubbard* and *Harold Swain* for plaintiff, appellant and respondent.

*John P. O'Brien, Corporation Counsel (John F. O'Brien* and *Charles J. Nehrbas* of counsel), for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ. Absent: HISCOCK, Ch. J.